

ORIGINAL

JS-6





# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIPLE NET PROPERTIES, LLC; and NNN CAPITAL CORP., <br><br>  Plaintiffs, <br><br> vs. <br><br> CORE REALTY HOLDINGS, LLC; AARON G. COOK; LAURIE LEVASSAR; and MICHELLE MOORE, <br><br>  Defendants. | Case No. SACV06-823 DOC (RNBx) <br><br> [~~PROPOSED~~] ORDER OF DISMISSAL <br><br> (FED. R. CIV. P. 41(a)(1)(A)(ii) and (c)) |

    The Court, having reviewed the Stipulation re Dismissal and Stipulation to File Under Seal (filed concurrently herewith), and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

    1.    Defendant CORE REALTY HOLDINGS, LLC ("CORE") shall make the payments over a three year period to TRIPLE NET PROPERTIES, LLC (n/k/a Grubb & Ellis Realty Investors, LLC) and NNN CAPITAL CORP. (n/k/a Grubb & Ellis Securities, Inc.) (collectively, "Plaintiffs") as set forth in the Settlement Agreement entered into between CORE and Plaintiffs. The terms of the Settlement

1  Agreement, a true and correct copy of which has been filed
2  concurrently herewith attached to the Stipulation to File Under Seal,
3  are incorporated herein by this reference.
4         2.    As specified in the Settlement Agreement, upon the
5  occurrence of a default and failure to cure by CORE, this Court shall
6  enter judgment against CORE and in favor of Plaintiffs in the amount
7  specified in the Stipulation for Entry of Judgment, minus all payment(s)
8  made by CORE prior to default pursuant to the Settlement Agreement.
9         3.    The claims asserted by Plaintiffs in the Complaint
10 against CORE, Cook, Levassar, and Moore, are hereby dismissed with
11 prejudice, each party bearing their own costs; and
12        4.    The Court shall have continuing jurisdiction over the
13 parties hereto to enter any such other or further orders as may be
14 necessary to enforce or effectuate the terms of this Order and the
15 Settlement Agreement between the Parties.

17        IT IS SO ORDERED

19 DATED: *April 3*, 2008        _____
20                                HONORABLE DAVID O. CARTER
                                   UNITED STATES DISTRICT JUDGE

22 APPROVED AS TO FORM:

24 DATED: March 31, 2008        _____
                                   MICHAEL D. STEWART
25                                 ISAIAH Z. WEEDN
                                   SHEPPARD, MULLIN, RICHTER &
26                                 HAMPTON LLP
                                   Attorneys for Plaintiffs
27                                 TRIPLE NET PROPERTIES, LLC and
                                   NNN CAPITAL CORP.
28

| | | |
|---|---|---|
| 1 | DATED: March ___, 2008 | _____ |
| 2 | | J. PETER GYBEN |
| | | LAW OFFICES OF J. PETER |
| 3 | | GYBEN |
| | | Attorney for Defendant |
| 4 | | CORE REALTY HOLDINGS, LLC |
| 5 | | |
| 6 | DATED: March ___, 2008 | _____ |
| | | BRUCE D. MAY |
| 7 | | STRADLING YOCCA CARLSON & |
| | | RAUTH |
| 8 | | Attorney for Defendants |
| | | AARON G. COOK, LAURIE |
| 9 | | LEVASSAR, and MICHELLE |
| | | MOORE |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | DATED: March 3/, 2008 | _____ |
| 2 | | J. PETER GYBEN |
| 3 | | LAW OFFICES OF J. PETER GYBEN |
| 4 | | Attorney for Defendant<br>CORE REALTY HOLDINGS, LLC |
| 5 | | |
| 6 | DATED: March ___, 2008 | _____ |
| 7 | | BRUCE D. MAY<br>STRADLING YOCCA CARLSON & RAUTH |
| 8 | | Attorney for Defendants<br>AARON G. COOK, LAURIE LEVASSAR, and MICHELLE MOORE |

W02-WEST:3IZW1\400770309.1                    -3-

03/31/2008 17:47 9492230987 J PETER GYBEN PAGE 03/03

| | |
|---|---|
| 1 | |
| 2 | DATED: March 3/, 2008 |
| 3 | |
| 4 | |
| 5 | |
| 6 | DATED: March 31, 2008 |

*[Signature]*
J. PETER GYBEN
LAW OFFICES OF J. PETER GYBEN
Attorney for Defendant
CORE REALTY HOLDINGS, LLC

*[Signature]*
BRUCE D. MAY
STRADLING YOCCA CARLSON & RAUTH
Attorney for Defendants
AARON G. COOK, LAURIE LEVASSAR, and MICHELLE MOORE

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange; I am over the age of eighteen years and not a party to the within entitled action; my business address is 650 Town Center Drive, 4th Floor, Costa Mesa, California 92626-1993.

On **April 3, 2008**, I served the following document(s) described as:

**[PROPOSED] ORDER OF DISMISSAL**

on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

| | |
|---|---|
| J. Peter Gyben, Esq.<br>Law Offices of J. Peter Gyben<br>4040 MacArthur Blvd., Suite 350<br>Newport Beach, CA 92660<br>Ph:   949-271-9300<br>Fax: 949-223-0987<br>pgyben@msn.com | Bruce D. May, Esq.<br>Amy Williams, Esq.<br>Stradling Yocca Carlson & Rauth<br>660 Newport Center Drive, Suite 1600<br>Newport Beach, CA 92660<br>Fax: 949-823-5124<br>bmay@sycr.com<br>awilliams@sycr.com |
| David Van Riper<br>Van Riper Law<br>1254 Irvine Boulevard<br>Suite 200<br>Tustin, CA 92780<br>Fax: 714-731-1811<br>E-mail: dave@vanriperlaw.com | Neal S. Robb, Esq.<br>Melanie Ronen, Esq.<br>Keesal, Young & Logan<br>400 Oceangate, P.O. Box 1730<br>Long Beach, CA 90801-1730<br>Ph:   562-436-2000<br>Fax: 562-436-7416<br>neal.robb@kyl.com<br>melanie.ronen@kyl.com |

[x] **BY OVERNIGHT DELIVERY:** I served such envelope or package to be delivered on the same day to an authorized courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier.

[x] **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **April 3, 2008**, at Costa Mesa, California.

*/s/ Kimila Carraway*
Kimila Carraway